Before STATE INDUSTRIAL BOARD, Respondent. JEAN B. RUHL, Respondent,

v. O. BOTO SCHELLBERG, Appellant.— Award modified by striking therefrom $444.35 for medical services and expenses, on the ground that there is no legal evidence of their value, and there has been no compliance with section 13 of the Workmen's Compensation Law; in other respects award affirmed. All concur.